**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARION KILER,<br><br>     Plaintiff,<br><br>  v.<br><br>NAADAM INC.,<br><br>     Defendant. | Case No. 1:19-cv-00521-PKC-VMS<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Marion Kiler and defendant Naadam Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement that shall be enforceable in this court, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: April 1, 2019

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
44 Court Street, Suite 1217
Brooklyn, NY 11201
Telephone: (917) 373-9128
Facsimile: (718) 504-7555
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

FENWICK & WEST, LLP

By: _____
Laurence F. Pulgram, Esq.
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: LPulgram@fenwick.com
*Attorneys for Defendant*

**SO ORDERED:** _____

2